# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>PTC ALLIANCE CORP.,<br><br>    Debtor. | Case No. 09-13395<br><br>Chapter 11<br><br>**Re: Docket No. 5** |
| IN RE:<br><br>ALLIANCE TUBULAR PRODUCTS CO.,<br><br>    Debtor. | Case No. 09-13397<br><br>Chapter 11<br><br>**Re: Docket No. 3** |
| IN RE:<br><br>PTC TUBULAR PRODUCTS LLC,<br><br>    Debtor. | Case No. 09-13399<br><br>Chapter 11<br><br>**Re: Docket No. 3** |
| IN RE:<br><br>ENDURO INDUSTRIES, INC.,<br><br>    Debtor. | Case No. 09-13398<br><br>Chapter 11<br><br>**Re: Docket No. 3** |
| IN RE:<br><br>PACD ACQUISITION LLC,<br><br>    Debtor. | Case No. 09-13396<br><br>Chapter 11<br><br>**Re: Docket No. 3** |
| IN RE:<br><br>MID-WEST MFG. CO.,<br><br>    Debtor. | Case No. 09-1340<br><br>Chapter 11<br><br>**Re: Docket No. 3** |

```
------------------------------------ x
                                     )  Case No. 09-13401
IN RE:                               )
                                     )  Chapter 11
PT/VW CORPORATION,                   )
                                     )  Re: Docket No. 3
              Debtor.                )
------------------------------------ x
```

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>"),[1] of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") for an order directing the joint administration of these chapter 11 cases pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Del.Bankr.L.R. 1015-1; and upon consideration of the Motion and all pleadings related thereto, including the Crowley Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it appearing that the relief requested will reduce the administrative burdens on the Court and the parties; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as provided herein.

2. In accordance with Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

3. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of PTC Alliance Corp., Case No. 09-13395(CSS).

4. All pleadings and other papers filed in the Debtors' chapter 11 cases shall bear a consolidated caption as follows:

> IN THE UNITED STATES BANKRUPTCY COURT
> FOR THE DISTRICT OF DELAWARE
>
> ------------------------------------ x
> IN RE:                                ) Chapter 11
>                                       )
>                                       ) Case No. 09-13395(CSS)
> PTC ALLIANCE CORP., *et al.*,[1]      )
>                                       ) (Jointly Administered)
>       Debtors.                        )
> ------------------------------------ x

5. The Clerk of Court shall make a separate docket entry on each of the dockets of Alliance Tubular Products, Co., PTC Tubular Products, LLC, Enduro Industries, Inc., PACD Acquisition, LLC, Mid-West Manufacturing, Co., and PT/VW Corporation, substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of PTC Alliance Corp., Alliance Tubular Products, Co., PTC Tubular Products, LLC, Enduro Industries, Inc., PACD Acquisition, LLC, Mid-West Manufacturing, Co., and PT/VW Corporation. The docket in the chapter

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are: PTC Alliance Corp. (2395), with a principal executive office located at 6051 Wallace Road Ext., Suite 200, Wexford, PA 15090; Alliance Tubular Products Co. (7185), with a principal executive office located at 640 Keystone Street, Alliance, OH 44601; PACD Acquisition LLC (3405), with a principal executive office located at 4400 West 3rd, Beaver Falls, PA 15010; Enduro Industries, Inc. (4669), with a principal executive office located at 2001 Orchard Avenue, Hannibal, MO 64031; PTC Tubular Products, LLC (9342), with a principal executive office located at 23041 E 800 North Road, Fairbury, IL 61739-8824; Mid-West Mfg. Co. (0660), with a principal executive office located at 475 East 16th Street, Chicago Heights, IL 60411; and PT/VW Corporation (9385), with a principal executive office located at 6051 Wallace Road Ext., Suite 200, Wexford, PA 15090.

11 case of PTC Alliance Corp., Case No. 09-13395(CSS) should be consulted for all matters affecting this case.

6. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these chapter 11 cases.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 10/5/09

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE