UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-13395 (CSS) |
| PTC Alliance Corp., *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

-----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Severstal North America**, Attn: Dawn Hlavaty, 14461 Rotunda Drive, Dearborn, MI 48121, Phone: (313) 317-0637

2. **Kenwal Steel Corp.**, Attn: Frank Jerneycic, 8223 West Warren Avenue, P.O. Box 4359, Dearborn, MI 48126-0359, Phone: (313) 739-1034; Fax: (313) 739-2334

3. **Steel Technologies, Inc.**, Attn: Michelle M. Harper, 15415 Shelbyville Road, Louisville, KY 40245, Phone: (502) 254-0203, Fax: (502) 815-7709

4. **Superior Steel Supply LLC**, Attn: Steve Wood, P.O. Box 458, Spicer, MI 56288, Phone: (320) 796-4274, Fax: (320) 796-6819

5. **United Steelworkers**, Attn: David R. Jury, Five Gateway Center, Pittsburgh, PA 15222, Phone: (412) 562-2545; Fax: (412) 562-2429

        ROBERTA A. DeANGELIS
        Acting United States Trustee, Region 3

        /s/ Joseph J. McMahon, Jr. for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: October 14, 2009

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Kurt F. Gwynne, Esquire, Phone: (302) 778-7500, Fax: (302) 778-7575