# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Case No.  09-13395 (CSS)** |
| **PTC ALLIANCE CORP.** | **Chapter 11** |
| **Debtor.** | |

## STATEMENT OF FINANCIAL AFFAIRS

PTC ALLIANCE CORP. (the "Debtor") hereby submits its Statement of Financial Affairs (the "Statement") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has used its best efforts to compile the information contained in the Statement, based on its books and records maintained in the ordinary course of its business.

The Statement remains subject to further review and verification by the Debtor.  Subsequent information may result in material changes in financial or other data contained in the Statement. The Debtor reserves the right to amend the Statement from time to time as may be necessary or appropriate.

### Declaration

I, Thomas Crowley, declare under penalty of perjury that I have reviewed the information contained in this Statement, and subject to any and all notes applicable to the Statement and my reliance on the Debtor's personnel to the extent involved in the preparation of this Statement, that it is true and correct to the best of my knowledge, information and belief.

Dated: October 16, 2009

/s/ *Thomas Crowley*
_____
Signature

Thomas Crowley
_____
Name

Vice President & Chief Financial Officer
_____
Title

In re:                       )       Chapter 11

)

PTC Alliance Corp., *et al.*,[1]    )       Case No. 09-13395 (CSS)

)       Jointly Administered

Debtors.           )

_____)

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLOSURE REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed herewith by PTC Alliance Corp. ("PTC") and certain of its subsidiaries and affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors and are unaudited. The Schedules and Statements remain subject to further review and verification by the Debtors. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtors reserve their right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

     1.    Description of the Cases. On October 1, 1009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court at case numbers 09-13395 through 09-13401, and orders for relief were entered by the Bankruptcy Court. The cases have been consolidated for the purpose of joint administration

---

[1]    The Debtors in these cases, along with the last four digits of their federal tax identification numbers are: PTC Alliance Corp. (2395), with a principal executive office located at 6051 Wallace Road Ext., Suite 200, Wexford, PA 15090; Alliance Tubular Products Co. (7185), with a principal executive office located at 640 Keystone Street, Alliance, OH 44601; PACD Acquisition LLC (3405), with a principal executive office located at 4400 West 3rd, Beaver Falls, PA 15010; Enduro Industries, Inc. (4669), with a principal executive office located at 2001 Orchard Avenue, Hannibal, MO 64031; PTC Tubular Products, LLC (9342), with a principal executive office located at 23041 E 800 North Road, Fairbury, IL 61739-8824; Mid-West Mfg. Co. (0660), with a principal executive office located at 475 East 16th Street, Chicago Heights, IL 60411; and PT/VW Corporation (9385), with a principal executive office located at 6051 Wallace Road Ext., Suite 200, Wexford, PA 15090.

under Case No. 09-13395. The Debtors currently are managing their properties as debtors in possession pursuant to the Bankruptcy Code.

2.     Basis of Presentation. For financial reporting purposes, the Debtors generally prepare consolidated financial statements. Unlike the consolidated financial information used for the Debtors' financial reporting purposes, the Schedules and Statements reflect the assets and liabilities of each Debtor on the basis of such Debtor's accounting records (except as otherwise set forth in these Global Notes). Each Debtor generally maintains its accounting records in accordance with the generally accepted accounting principles used in the United States and as consistently applied by such Debtor. The Debtors include all of PTC's domestic subsidiaries and do not include any of its foreign subsidiaries. Some of the information set forth in the Schedules and Statements is duplicative of information previously disclosed in the Debtors' chapter 11 petitions and related first-day papers. In the course of preparing the Schedules and Statements, the Debtors reviewed and, where appropriate, revised such information, to the best of their ability, to reflect post-petition accounting adjustments made according to the Debtors' normal accounting practices.

3.     Summary of Significant Reporting Policies. PTC conducts its operations through its principal office in Wexford, Pennsylvania. Therefore, the primary source of the information reported in the Schedules and Statements is from PTC's centralized accounting system. The Schedules and Statements have been signed by Thomas W. Crowley, Chief Financial Officer of PTC, on behalf of the Debtors, and not in his individual capacity, and were compiled by employees of the Debtors under their employ and supervision as well as with the assistance of the Debtors' retained claims agent in these cases. In addition, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

A.     Debtors. Separate Schedules and Statements have been filed for each of the Debtors. Each Debtor's Schedules and Statements were prepared using the assets and liabilities of that Debtor pursuant to the Debtor's accounting records.

B.     Reporting Date. Except as otherwise noted herein or on the relevant Schedules and Statements, the Schedules and Statements were prepared as of the close of business September 30, 2009. Because the Debtor's accounting and other systems are closed at the end of each business day, and the petition was filed before the close of the business day on October 1, 2009, the Debtors have used data as of September 30, 2009.

C.     Book Value. Each asset and liability of each Debtor is shown on the basis of the net book value of the asset or liability in the Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtors' books (including value of investments in subsidiaries), rather than the current market values, of the Debtors' interests in property and of the Debtors' liabilities, is reflected on the Debtors' Schedules. All inter-company balances are shown at the book values set forth in the books and records of the Debtors.

4.     General Notes Regarding Schedule B. The Debtor and its affiliated debtors in possession file the majority of their tax returns on a consolidated basis under the PTC Alliance Corp. EIN. Schedule B designates those refunds that may be due to a Debtor. However, Exhibit

B21 of Schedule B filed by PTC reflects refunds that may be due to PTC and/or another Debtor on account of taxes paid on a consolidated basis.

5. <u>Interests in Subsidiaries – Schedule B</u>. PTC owns directly or indirectly all the stock or interests in the other Debtors. In addition, PTC owns directly or indirectly certain foreign subsidiaries and affiliates that are not Debtors. Equity interests in subsidiaries and affiliates arise from ownership of common stock or other equity interests. Each Debtor's Schedule B lists such Debtor's ownership interests, if any, in subsidiaries and affiliates. Due to the uncertainty related to the Debtors' financial situation, for purposes of the Schedules and Statements, the Debtors have listed value of these investments as unknown. The fair market value of such stock or interests is dependent upon numerous variables and factors and may differ significantly from the net book value.

6. <u>General Notes Regarding Schedule E</u>. Schedule E does not include certain general accruals for liabilities, which are carried on the Debtors' books and records as of the Petition Date. Such accruals are general estimates and do not represent specific claims as of the Petition Date.

The Bankruptcy Court has approved the payment of certain undisputed unsecured and priority claims against the Debtor including, without limitation, certain claims of employees for wages, salaries, contributions to employee benefit plans, reimbursements of business expenses, certain tax obligations, and other claims. Accordingly, any amounts that would have been earned but not due as of the Petition Date that were paid after the Petition Date and prior to the filing of these Schedules and Statement are not included in the Schedules.

7. <u>General Notes Regarding Schedule F</u>. Schedule F does not include certain general accruals for liabilities which are carried on the Debtors' books and records as of the Petition Date. Such accruals are general estimates and do not represent specific claims as of the Petition Date. In addition, Schedule F does not include certain deferred charges or deferred liabilities. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with Generally Accepted Accounting Principles (GAAP).

8. <u>General Notes Regarding Schedule G</u>. Inclusion of a transaction in Schedule G does not constitute the Debtors' admission or characterization of such transaction as an executory contract or a lease, as opposed to a financing agreement, or contract that is not executory. Purchase Orders have not been included in Schedule G at this time and the Debtors continue to review these agreements. The Debtors have yet to complete their review of the listed agreements and, therefore, reserves all rights with respect to the listed agreements. The Debtors further reserve the right to amend Schedule G as necessary.

9. <u>Disputed, Contingent and/or Unliquidated Claims; Litigation Claims – Schedules D, E and F; Schedule B-20</u>. Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of the Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to nature, amount, liability or status.

10.     General Notes Regarding Bank Account Balances.  All bank account balances as stated herein are as of the close of business on September 30, 2009.

11.     Claims – Schedules D, E and F.  The Schedules list creditors and set forth the Debtors' best estimates of the amount of claims of creditors as of the Petition Date.  In some instances, however, payments were made subsequent to the Petition Date pursuant to Bankruptcy Court orders in these cases.  The Bankruptcy Court also has authorized the Debtors, among other matters, to pay certain pre-petition wages and salaries; to pay pre-petition sales, use and other taxes; and to pay certain insurance premiums and premium financing arrangements.  Accordingly, in some instances where post-petition payments have not been accounted for, the actual unpaid claims of creditors may differ from the amounts set forth in the Schedules and Statements.  Claims that are listed on Schedule D or E as secured or priority claims may also be listed on Schedule F as unsecured claims.

12.     Employee Claims – Schedules E and F.  The Bankruptcy Court entered a first day order granting authority to the Debtors to pay certain employees pre-petition and post-petition employee wages, salaries, business expenses, and certain benefits.  Accordingly, certain employee claims for amounts owing as of the Petition Date that have been paid or that are in the process of being paid, have not been included in the Schedules and Statements.  The Debtors specifically reserve their rights to alter the amounts or designations of any employee claims.

13.     Real Property – Schedule A.  Real Property owned by any Debtor is listed in the Schedule A for that Debtor.  The real property is scheduled at the value that the Debtors carry on their books.  All real property of the Debtors serves as collateral for certain obligations of the Debtors listed on Schedule D.

14.     Global Notes Control.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

* * * END OF GLOBAL NOTES * * *

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

## 1.    INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

None

[X]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and the ending dates of the debtor's fiscal year).

| AMOUNT | PERIOD | SOURCE (if more than one) |
|---|---|---|

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

**2.    INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

**None**    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the
☐       debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.

| AMOUNT | PERIOD | SOURCE |
|---|---|---|
| $296,724.54 | 09/07/07 TO 12/31/07 | CONTINUED DUMPING AND SUBSIDY OFFSET TO AFFECTED DOMESTIC PRODUCERS |
| $97,252.28 | 01/01/08 TO 12/31/08 | CONTINUED DUMPING AND SUBSIDY OFFSET TO AFFECTED DOMESTIC PRODUCERS |

**In re: PTC ALLIANCE CORP**                                **Case No:** 09-13395 (CSS)

## 3.      PAYMENTS TO CREDITORS

**Complete a. or b., as appropriate and c.**

**None**
☒
a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on an account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**In re:  PTC ALLIANCE CORP**                                    **Case No:   09-13395 (CSS)**

---

### 3.    PAYMENTS TO CREDITORS

**None**       b.   Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within
☐            **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes
             or is affected by such transfer is not less than $5,475.

---

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | SEE ATTACHED | | |

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

| Creditor | Check #/Wire | Date | Amount | |
|---|---|---|---|---|
| ADP INC.<br>PO BOX 0888<br>CAROL STREAM IL 60132-0888<br>Creditor Id: 6482<br>Vendor Id: ADP003 | WIRE<br>WIRE | 07/31/09<br>09/30/09 | $20,000.00<br>$10,000.00<br>**Total:** | **$30,000.00** |
| AFCO<br>PO BOX 360572<br>PITTSBURGH PA 15250-6572<br>Creditor Id: 6484<br>Vendor Id: AFC001 | 91935<br>91982 | 07/30/09<br>08/27/09 | $78,183.92<br>$78,183.92<br>**Total:** | **$156,367.84** |
| BLACK DIAMOND CAPITAL MGT.<br>ONE SOUND SHORE DRIVE, SUITE 200<br>GREENWICH CT 06830<br>Creditor Id: 6516<br>Vendor Id: BLA018 | WIRE<br>WIRE<br>WIRE | 07/31/09<br>08/31/09<br>09/30/09 | $742,268.48<br>$5,616,915.65<br>$2,464,552.35<br>**Total:** | **$8,823,736.48** |
| BRICKSTREET INSURANCE COMPANY<br>PO BOX 11285<br>CHARLESTON WV 25339-1285<br>Creditor Id: 6526<br>Vendor Id: BRI009 | 150545 | 09/23/09 | $31,314.40<br>**Total:** | **$31,314.40** |
| CANDLEWOOD PARTNERS LLC<br>10-1/2 EAST WASHINGTON STREET<br>CLEVELAND OH 44022<br>Creditor Id: 6537<br>Vendor Id: CAN003 | 91942<br>91996 | 08/06/09<br>09/03/09 | $50,000.00<br>$50,000.00<br>**Total:** | **$100,000.00** |
| CHIEF EXECUTIVE NETWORK<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 1697<br>LAWERENCE KS 66044-8697<br>Creditor Id: 6545<br>Vendor Id: CHI025 | 91902<br>91943 | 07/09/09<br>08/06/09 | $7,197.71<br>$3,470.00<br>**Total:** | **$10,667.71** |
| COWDEN ASSOCIATES, INC.<br>CONSULTANTS & ACTUARIES<br>FOUR GATEWAY CENTER<br>444 LIBERTY AVENUE, SUITE 1900<br>PITTSBURGH PA 15222-1222<br>Creditor Id: 6565<br>Vendor Id: COW003 | 91958<br>91986<br>91999 | 08/13/09<br>08/27/09<br>09/03/09 | $3,050.00<br>$12,500.00<br>$24,200.00<br>**Total:** | **$39,750.00** |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>PO BOX 11728<br>NEWARK NJ 07101-4728<br>Creditor Id: 9540<br>Vendor Id: DEL001 | 91928 | 07/23/09 | $7,515.00<br>**Total:** | **$7,515.00** |
| DELTA ENERGY ( ASHLAND)<br>PO BOX 712411<br>CINCINNATI OH 45271-2411<br>Creditor Id: 9541<br>Vendor Id: ASH004 | 91923<br>91952<br>92007 | 07/23/09<br>08/13/09<br>09/10/09 | $8,000.00<br>$8,000.00<br>$8,000.00<br>**Total:** | **$24,000.00** |
| DUN & BRADSTREET EDUCATION SER<br>PO BOX 75434<br>CHICAGO IL 60675-5434<br>Creditor Id: 9672 | 92011 | 09/10/09 | $17,630.04<br>**Total:** | **$17,630.04** |
| ERNST & YOUNG<br>PITTSBURGH INTNL BNK-640382<br>PO BOX 640382<br>PITTSBURGH PA 15264-0382<br>Creditor Id: 9673 | 91948<br>92001 | 08/06/09<br>09/03/09 | $20,000.00<br>$5,250.00<br>**Total:** | **$25,250.00** |
| GUARDIAN LIFE INS. COMPANY<br>FUNDING<br>36280 TREASURY CENTER<br>CHICAGO IL 60694-6200<br>Creditor Id: 9674 | 149812<br>150079<br>150599 | 08/13/09<br>08/25/09<br>09/23/09 | $27,388.30<br>$25,737.15<br>$24,059.76<br>**Total:** | **$77,185.21** |

**In re: PTC ALLIANCE CORP**                                           **Case No.: 09-13395 (CSS)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| HARTFORD LIFE INSURANCE<br>PO BOX 8500-3690<br>PHILADELPHIA PA 19178-3690<br>Creditor Id: 6623<br>Vendor Id: HAR011 | 149212<br>150387<br>150474 | 07/24/09<br>09/08/09<br>09/10/09 | $51,005.72<br>$21,981.04<br>$22,879.37<br><br>**Total:** **$95,866.13** |
| HEATON, ROBERT<br>700 ACADEMY PLACE<br>SEWICKLEY PA 15143<br>Creditor Id: 9542<br>Vendor Id: HEA016 | 91919 | 07/16/09 | $6,750.00<br><br>**Total:** **$6,750.00** |
| HIGHMARK<br>WEXFORD PA 15090<br>Creditor Id: 9543<br>Vendor Id: HIG006 | WIRE<br>WIRE<br>WIRE | 07/31/09<br>08/31/09<br>09/30/09 | $841,466.50<br>$644,303.96<br>$651,680.02<br><br>**Total:** **$2,137,450.48** |
| INTRALINKS, INC.<br>PO BOX 414476<br>BOSTON MA 02241-4476<br>Creditor Id: 6648<br>Vendor Id: INT039 | 92014<br>92025 | 09/10/09<br>09/25/09 | $23,750.00<br>$9,250.00<br><br>**Total:** **$33,000.00** |
| JESSE WHITE,SECRETARY OF STATE<br>DEPT. OF BUSINESS SERVICES<br>501 S. 2ND STREET<br>SPRINGFIELD IL 62756<br>Creditor Id: 6650<br>Vendor Id: JES006 | 91979 | 08/20/09 | $25,801.59<br><br>**Total:** **$25,801.59** |
| MARSH USA, INC.<br>PO BOX 360195<br>PITTSBURGH PA 15251-6195<br>Creditor Id: 9675 | 91930<br>91988 | 07/23/09<br>08/27/09 | $148,504.00<br>$148,504.00<br><br>**Total:** **$297,008.00** |
| MICROSOFT<br>PO BOX 5266<br>CAROL STREAM IL 60197-5266<br>Creditor Id: 9547<br>Vendor Id: MIC015 | 150317 | 09/03/09 | $58,142.99<br><br>**Total:** **$58,142.99** |
| O.C. TANNER<br>1930 SOUTH STATE STREET<br>SALT LAKE CITY UT 84115-2383<br>Creditor Id: 6463<br>Vendor Id: OCT001 | 91913<br>91965<br>92015 | 07/09/09<br>08/13/09<br>09/10/09 | $2,269.96<br>$7,877.17<br>$8,585.65<br><br>**Total:** **$18,732.78** |
| OHIO TREASURER OF STATE<br>OHIO DEPARTMENT OF TAXATION<br>PO BOX 804<br>COLUMBUS OH 43216-0804<br>Creditor Id: 6465<br>Vendor Id: OHI001 | WIRE | 08/31/09 | $9,470.00<br><br>**Total:** **$9,470.00** |
| ORACLE CORPORATION<br>PO BOX 71028<br>CHICAGO IL 60694-1028<br>Creditor Id: 6469<br>Vendor Id: ORA007 | 150261 | 09/01/09 | $22,255.36<br><br>**Total:** **$22,255.36** |
| PACIFIC LIFE<br>C/O THE AYCO COMPANY<br>PO BOX 15073<br>ALBANY NY 12212<br>Creditor Id: 9551<br>Vendor Id: PAC006 | 91975 | 08/14/09 | $24,280.45<br><br>**Total:** **$24,280.45** |
| PEROT SYSTEMS<br>7489 COLLECTIONS CENTER DR<br>CHICAGO IL 60693<br>Creditor Id: 9451<br>Vendor Id: PER010 | 150499 | 09/10/09 | $36,512.18<br><br>**Total:** **$36,512.18** |

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

| Creditor | Check #/Wire | Date | Amount |
|----------|--------------|------|--------|
| PROST, MARK | 91920 | 07/16/09 | $4,294.63 |
| 1711 OHIO AVE. | 91939 | 07/30/09 | $4,475.00 |
| INDUSTRY PA 15052 | 91967 | 08/13/09 | $7,281.50 |
| Creditor Id: 6758 | 92004 | 09/03/09 | $12,963.09 |
| Vendor Id: PRO016 | | | |
| | | **Total:** | **$29,014.22** |
| PTC ALLIANCE (UK) | WIRE | 08/31/09 | $50,322.00 |
| COPPERLEAF CORPORATE CENTRE | | | |
| 6051 WALLACE RD EXT, STE 200 | | **Total:** | **$50,322.00** |
| WEXFORD PA 15090 | | | |
| Creditor Id: 6751 | | | |
| Vendor Id: PIT028 | | | |
| QWEST COMMUNICATIONS | 148864 | 07/09/09 | $19,174.93 |
| BUSINESS SERVICES | 149724 | 08/06/09 | $23,397.45 |
| PO BOX 856169 | 150501 | 09/10/09 | $14,377.05 |
| LOUISVILLE KY 40285-6169 | | | |
| Creditor Id: 7482 | | | |
| Vendor Id: QWE001 | | **Total:** | **$56,949.43** |
| REED SMITH SHAW & MCCLAY | 91921 | 07/16/09 | $40,773.52 |
| PO BOX 360074M | 91968 | 08/13/09 | $272.30 |
| PITTSBURGH PA 15251-6074 | 91990 | 08/27/09 | $25,904.74 |
| Creditor Id: 9676 | | | |
| | | **Total:** | **$66,950.56** |
| SPECIAL COUNSEL | 91940 | 07/30/09 | $2,953.24 |
| PO BOX 1024140 | 91951 | 08/06/09 | $7,269.52 |
| ATLANTA GA 30368-4140 | 91991 | 08/27/09 | $3,634.76 |
| Creditor Id: 6694 | 92017 | 09/10/09 | $14,539.04 |
| Vendor Id: SPE021 | 92026 | 09/25/09 | $8,632.56 |
| | | **Total:** | **$37,029.12** |
| SPRINT | 148875 | 07/09/09 | $7,769.23 |
| PO BOX 105243 | 149737 | 08/06/09 | $7,305.81 |
| ATLANTA GA 30348-5243 | 150680 | 09/23/09 | $6,389.47 |
| Creditor Id: 9677 | | | |
| | | **Total:** | **$21,464.51** |
| STONEWOOD EAST PARTNERS II | 91969 | 08/13/09 | $17,263.68 |
| C/O Z-MACK PROPERTY MGMT | 91992 | 08/27/09 | $17,263.68 |
| 7000 STONEWOOD DRIVE, SUITE 110 | | | |
| WEXFORD PA 15090 | | **Total:** | **$34,527.36** |
| Creditor Id: 9678 | | | |
| UNION LEASING | 148796 | 07/07/09 | $12,503.92 |
| PO BOX 75850 | | | |
| CHICAGO IL 60675-5850 | | **Total:** | **$12,503.92** |
| Creditor Id: 6723 | | | |
| Vendor Id: UNI053 | | | |
| US AIRWAYS, INC. | 150122 | 08/25/09 | $19,595.33 |
| ATT: US AIRWAYS DEPT UATP | | | |
| PO BOX 29676 | | **Total:** | **$19,595.33** |
| PHOENIX AZ 85038-9676 | | | |
| Creditor Id: 9482 | | | |
| Vendor Id: USA001 | | | |
| VERIZON | 150338 | 09/03/09 | $9,835.93 |
| PO BOX 15062 | | | |
| ALBANY NY 12212-5062 | | **Total:** | **$9,835.93** |
| Creditor Id: 9557 | | | |
| Vendor Id: VER003 | | | |
| WELLS FARGO BUSINESS CREDIT | WIRE | 07/31/09 | $110,527.57 |
| ATTN: LYNN ANDERSON | WIRE | 08/31/09 | $113,519.48 |
| 2460 W 26TH AVE., SUITE C-120 | WIRE | 09/04/09 | $6,917.61 |
| DENVER CO 80211 | WIRE | 09/30/09 | $111,344.08 |
| Creditor Id: 9679 | | | |
| | | **Total:** | **$342,308.74** |

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| WILLCOX & SAVAGE | 91914 | 07/09/09 | $1,739.00 |
| ATTORNEYS AT LAW | 91995 | 08/27/09 | $9,258.61 |
| ONE COMMERCIAL PLACE, SUITE 1800 | | | |
| NORFOLK VA 23510 | | **Total:** | **$10,997.61** |
| Creditor Id:  6741 | | | |
| Vendor Id:  WIL029 | | | |

|  |  |  | **Total:** | **$12,800,185.37** |
|---|---|---|---|---|

In re:  PTC ALLIANCE CORP                                      Case No:   09-13395 (CSS)

### 3.   PAYMENTS TO CREDITORS

**None**   c.   All debtors: List all payments made within **one year** immediately preceding the commencement of this case
☐         to or for the benefit of creditors who are or were insiders.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | SEE ATTACHED | | |

**In re:  PTC ALLIANCE CORP**                                   **Case No.:   09-13395 (CSS)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| BLACK DIAMOND CAPITAL MANAGEMENT ONE SOUND SHORE DRIVE, SUITE 200 GREENWICH CT 06830 Creditor Id:  7949 | WIRE | 09/30/08 | $703,245.73 | INTEREST PAYMENT |
| | WIRE | 10/31/08 | $250.00 | LETTER OF CREDIT FEE |
| | WIRE | 10/31/08 | $829,637.51 | INTEREST AND AMORTIZATION PAYMENT |
| | WIRE | 11/10/08 | $231,833.33 | INTEREST PAYMENT |
| | WIRE | 11/24/08 | $3,570.63 | LETTER OF CREDIT FEE |
| | WIRE | 11/28/08 | $583,439.03 | INTEREST PAYMENT |
| | WIRE | 12/10/08 | $132,031.25 | INTEREST PAYMENT |
| | WIRE | 12/31/08 | $523,888.32 | INTEREST PAYMENT |
| | WIRE | 01/12/09 | $156,406.25 | INTEREST PAYMENT |
| | WIRE | 01/12/09 | $98,651.04 | INTEREST PAYMENT |
| | WIRE | 01/29/09 | $468,567.04 | INTEREST AND AMORTIZATION PAYMENT |
| | WIRE | 02/27/09 | $361,946.74 | INTEREST PAYMENT |
| | WIRE | 03/12/09 | $91,000.00 | INTEREST PAYMENT |
| | WIRE | 03/18/09 | $4,719,276.00 | PAY DOWN ON REVOLVER |
| | WIRE | 03/18/09 | $4,724.00 | PAY DOWN ON REVOLVER |
| | WIRE | 03/26/09 | $388.25 | LIBOR BREAKAGE FEE |
| | WIRE | 03/31/09 | $419,407.12 | INTEREST PAYMENT |
| | WIRE | 04/01/09 | $1,468,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 04/03/09 | $284.66 | LIBOR BREAKAGE FEE |
| | WIRE | 04/08/09 | $5,000.00 | AMENDMENT FEE |
| | WIRE | 04/14/09 | $98,990.28 | INTEREST PAYMENT |
| | WIRE | 04/15/09 | $2,687,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 04/17/09 | $309.36 | LIBOR BREAKAGE FEE |
| | WIRE | 04/29/09 | $4,243,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 04/30/09 | $476,081.97 | INTEREST AND AMORTIZATION PAYMENT |
| | WIRE | 05/06/09 | $35,000.00 | AMENDMENT FEE |
| | WIRE | 05/12/09 | $501,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 05/14/09 | $70,139.17 | INTEREST PAYMENT |
| | WIRE | 05/14/09 | $317.13 | LIBOR BREAKAGE FEE |
| | WIRE | 05/26/09 | $2,974,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 05/29/09 | $379,339.25 | INTEREST PAYMENT |
| | WIRE | 06/09/09 | $720,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 06/12/09 | $59,757.19 | INTEREST PAYMENT |
| | WIRE | 06/24/09 | $20,000.00 | TERM LOAN FEE |
| | WIRE | 06/24/09 | $2,287,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 06/29/09 | $414,386.78 | INTEREST PAYMENT |
| | WIRE | 07/14/09 | $48,113.36 | INTEREST PAYMENT |
| | WIRE | 07/23/09 | $222,500.00 | ADMINISTRATIVE FEE |
| | WIRE | 07/31/09 | $471,655.12 | INTEREST AND AMORTIZATION PAYMENT |
| | WIRE | 08/04/09 | $5,211,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 08/06/09 | $285.06 | LIBOR BREAKAGE FEE |
| | WIRE | 08/14/09 | $44,712.89 | INTEREST PAYMENT |
| | WIRE | 08/31/09 | $360,917.70 | INTEREST PAYMENT |
| | WIRE | 09/02/09 | $693,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 09/04/09 | $254.44 | LIBOR BREAKAGE FEE |
| | WIRE | 09/04/09 | $259.44 | LIBOR BREAKAGE FEE |
| | WIRE | 09/17/09 | $33,542.19 | INTEREST PAYMENT |
| | WIRE | 09/29/09 | $1,313,000.00 | PAY DOWN ON REVOLVER |
| | WIRE | 09/30/09 | $423,634.67 | INTEREST PAYMENT |
| | | | **Total:** | **$34,590,742.90** |
| BOYLE, CHRIS DIRECTOR ONE SOUND SHORE DR., SUITE 200 GREENWICH CT 06830 Creditor Id:  7950 | 91673 | 02/19/09 | $27,750.00 | BOARD OF DIRECTORS FEES |
| | | | **Total:** | **$27,750.00** |

**In re:  PTC ALLIANCE CORP**  

**Case No.:   09-13395 (CSS)**

| Creditor | Check # / Wire | Date | Amount | Description |
|---|---|---|---|---|
| CROWLEY, THOMAS<br>VICE PRESIDENT & CHIEF FINANCIAL OFFICER<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD PA 15090<br>Creditor Id:  7952 | VARIOUS | 09/30/08 THRU 09/30/09 | $409,399.23 | WAGES, BONUS AND T&E |
| | | | **Total:** | **$409,399.23** |
| DECKOFF, STEVE<br>DIRECTOR<br>ONE SOUND SHORE DR., SUITE 200<br>GREENWICH CT 06830<br>Creditor Id:  7951 | 91436 | 10/16/08 | $24,250.00 | BOARD OF DIRECTORS FEES |
| | | | **Total:** | **$24,250.00** |
| HEATON, ROBERT<br>DIRECTOR<br>700 ACADEMY PLACE<br>SEWICKLEY PA 15143<br>Creditor Id:  7953 | 91439<br>91680<br>91814<br>91919 | 10/16/08<br>02/19/09<br>05/07/09<br>07/16/09 | $8,750.00<br>$9,500.00<br>$12,500.00<br>$6,750.00 | BOARD OF DIRECTORS FEES<br>BOARD OF DIRECTORS FEES<br>BOARD OF DIRECTORS FEES<br>BOARD OF DIRECTORS FEES |
| | | | **Total:** | **$37,500.00** |
| MACKENZIE, WARREN<br>VICE PRESIDENT<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD PA 15090<br>Creditor Id:  7954 | VARIOUS | 09/30/08 THRU 09/30/09 | $323,452.77 | WAGES, BONUS, T&E AND FINANCIAL PLANNING, IMPUTED INCOME |
| | | | **Total:** | **$323,452.77** |
| PARKER, CHRISTOPHER<br>DIRECTOR<br>ONE SOUND SHORE DR., SUITE 200<br>GREENWICH CT 06830<br>Creditor Id:  7955 | 91807 | 05/07/09 | $31,750.00 | BOARD OF DIRECTORS FEES |
| | | | **Total:** | **$31,750.00** |
| THOMPSON, MARK<br>DIRECTOR<br>ONE SOUND SHORE DR., SUITE 200<br>GREENWICH CT 06830<br>Creditor Id:  7956 | WIRE<br>WIRE<br>WIRE | 07/29/09<br>07/29/09<br>09/01/09 | $431.21<br>$20,000.00<br>$10,000.00 | TRAVEL EXPENSES<br>BOARD OF DIRECTORS FEES<br>BOARD OF DIRECTORS FEES |
| | | | **Total:** | **$30,431.21** |
| WHITING, PETER<br>PRESIDENT, CEO AND DIRECTOR<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD PA 15090<br>Creditor Id:  7957 | VARIOUS | 09/30/08 THRU 09/30/09 | $1,121,641.35 | WAGES, BONUS, T&E AND FINANCIAL PLANNING |
| | | | **Total:** | **$1,121,641.35** |
| | | | **Total:** | **$36,596,917.46** |

In re:  **PTC ALLIANCE CORP**                                        **Case No.: 09-13395 (CSS)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

**CASE NO.:**  55 193 Y 00199 07
**CAPTION OF SUIT:**  AMERICAN HEALTHCARE GROUP, INC. VS. PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**     AMERICAN ARBITRATION ASSOCIATION
**NATURE OF PROCEEDING:**  BREACH OF CONTRACT
**STATUS OR DISPOSITION:**   CLOSED

**CASE NO.:**  36192005
**CAPTION OF SUIT:**  ARMIJO, LUIS VS. GEORGE MITCHELL CO.

**COURT OR AGENCY OR LOCATION:**     ORANGE COUNTY NEW YORK SUPREME COURT
**NATURE OF PROCEEDING:**  PERSONAL INJURY (PTC ALLIANCE SUBROGATION)
**STATUS OR DISPOSITION:**   CLOSED

**CASE NO.:**  09-59802
**CAPTION OF SUIT:**  BENJAMIN, ROD VS. PTC ALLIANCE CORP. AND ENDURO INDUSTRIES, INC.

**COURT OR AGENCY OR LOCATION:**     MISSOURI DIVISION OF WORKERS COMPENSATION
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  WCB 3050 2815
**CAPTION OF SUIT:**  BIEHL, JOSEPH VS. PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**     NEW YORK WORKERS COMPENSATION BOARD
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    PENDING

**CASE NO.:**  WCB 3050 8330
**CAPTION OF SUIT:**  BIEHL, JOSEPH VS. PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**     NEW YORK WORKERS COMPENSATION BOARD
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    PENDING

**CASE NO.:**  WCB 3060 8648
**CAPTION OF SUIT:**  CENTENO, GUSTAVO VS. PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**     NEW YORK WORKERS COMPENSATION BOARD
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**In re: PTC ALLIANCE CORP**                                          **Case No.: 09-13395 (CSS)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐          preceding the filing of this bankruptcy case.

**CASE NO.:**  06-890722 LT-DTH-SI-COV
**CAPTION OF SUIT:**  COCHRAN, BARBARA J., SURVIVING SPOUSE OF TED E. COCHRAN VS. PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**     INDUSTRIAL COMMISSION OF OHIO
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION WIDOW BENEFITS
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  08WC17045
**CAPTION OF SUIT:**  EMBERTON, RICKY VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  05WC53170
**CAPTION OF SUIT:**  GIBSON, CLIFFORD VS. PTC ALLIANCE CORP. AND ALLIANCE TUBULAR PRODUCTS CO.

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  05WC53170
**CAPTION OF SUIT:**  GIBSON, CLIFFORD VS. PTC ALLIANCE CORP. AND MID-WEST MFG. CO.

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  05WC36190
**CAPTION OF SUIT:**  GIBSON, CLIFFORD VS. PTC ALLIANCE CORP. AND MID-WEST MFG. CO.

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  06WC5740
**CAPTION OF SUIT:**  GIBSON, CLIFFORD VS. PTC ALLIANCE CORP. AND MID-WEST MFG. CO.

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

---

**In re: PTC ALLIANCE CORP**                                **Case No.: 09-13395 (CSS)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐            preceding the filing of this bankruptcy case.

---

**CASE NO.:** 090416-02258-8

**CAPTION OF SUIT:**  IN THE MATTER OF PTC ALLIANCE CORP. AND THE UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, FOR ITS AFFILIATED LOCAL UNION 3059 (DRUMMOND ARBITRATION)

**COURT OR AGENCY OR LOCATION:**    FEDERAL MEDIATION AND CONCILIATION SERVICES ARBITRATION

**NATURE OF PROCEEDING:**  RETURN TO WORK

**STATUS OR DISPOSITION:**   CLOSED

---

**CASE NO.:**  09-02257

**CAPTION OF SUIT:**  IN THE MATTER OF PTC ALLIANCE CORP. AND THE UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, FOR ITS AFFILIATED LOCAL UNION 3059 (WEYANDT ARBITRATION)

**COURT OR AGENCY OR LOCATION:**    FEDERAL MEDIATION AND CONCILIATION SERVICES ARBITRATION

**NATURE OF PROCEEDING:**  DISCHARGE GRIEVANCE

**STATUS OR DISPOSITION:**   CLOSED

---

**CASE NO.:**  08-055990

**CAPTION OF SUIT:**  JOHNSON, SHERRI VS. PTC ALLIANCE CORP. AND ENDURO INDUSTRIES, INC.

**COURT OR AGENCY OR LOCATION:**    MISSOURI DIVISION OF WORKERS COMPENSATION

**NATURE OF PROCEEDING:**  WORKERS COMPENSATION

**STATUS OR DISPOSITION:**    PENDING

---

**CASE NO.:**  08WC30848

**CAPTION OF SUIT:**  JONES, JAMEL VS. PTC ALLIANCE CORP. AND ALLIANCE TUBULAR PRODUCTS CO.

**COURT OR AGENCY OR LOCATION:**    ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:**  WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   CLOSED

---

**CASE NO.:**  09WC03870

**CAPTION OF SUIT:**  KERRINS, DARREN VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**    ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:**  WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   CLOSED

---

**CASE NO.:**  09WC18289

**CAPTION OF SUIT:**  LAMAZZI, JOE VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**    ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:**  WORKERS COMPENSATION

**STATUS OR DISPOSITION:**    CLOSED

**In re:  PTC ALLIANCE CORP**                              **Case No.: 09-13395 (CSS)**

---

**4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

None     a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐             preceding the filing of this bankruptcy case.

**CASE NO.:**  2974694
**CAPTION OF SUIT:**  LONCAR, JOHN VS. PTC ALLIANCE CORP. AND ALLIANCE TUBULAR PRODUCTS CO.


**COURT OR AGENCY OR LOCATION:**     PENNSYLVANIA WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   CLOSED

**CASE NO.:**  3412086
**CAPTION OF SUIT:**  MCGEARY, MATTHEW VS. PTC ALLIANCE CORP. AND ALLIANCE TUBULAR PRODUCTS CO.


**COURT OR AGENCY OR LOCATION:**     PENNSYLVANIA WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

**CASE NO.:**  09WC30216
**CAPTION OF SUIT:**  MILNER, PAUL VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC


**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

**CASE NO.:**  09WC25409
**CAPTION OF SUIT:**  MILNER, PAUL VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC


**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

**CASE NO.:**  09WC25407
**CAPTION OF SUIT:**  MILNER, PAUL VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC


**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

**CASE NO.:**  09WC25406
**CAPTION OF SUIT:**  MILNER, PAUL VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC


**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

---

**In re: PTC ALLIANCE CORP**                                   **Case No.: 09-13395 (CSS)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.

---

**CASE NO.:** 09WC29956

**CAPTION OF SUIT:** MILNER, PAUL VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   PENDING

---

**CASE NO.:** 09WC016235

**CAPTION OF SUIT:** MINTON, ANTHONY VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**     ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   CLOSED

---

**CASE NO.:** 07-015807

**CAPTION OF SUIT:** MURPHY, JOHN VS. PTC ALLIANCE CORP. AND ENDURO INDUSTRIES, INC.

**COURT OR AGENCY OR LOCATION:**     MISSOURI DIVISION OF WORKERS COMPENSATION

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   PENDING

---

**CASE NO.:** 08-CI-00269

**CAPTION OF SUIT:** MUSIAL, MARK N., IN HIS CAPACITY AS THE ADMINISTRATOR OF THE ESTATE OF JAMES SURRENA, DECEASED, AND SAMANTHA DOLINKSY, AS NEXT FRIEND OF JACOB ANTHONY DAVID DOLINSKY VS. PTC ALLIANCE CORPORATION JOHN DOE (PERSON RESPONSIBLE FOR LOADING TRAILER) KEITH GILKEY GREAT AMERICAN LINES, INC. FONTAINE TRAILER COMPANY UNKNOWN DEFENDANTS

**COURT OR AGENCY OR LOCATION:**     COMMONWEALTH OF KENTUCKY, CHRISTIAN CIRCUIT COURT

**NATURE OF PROCEEDING:** WRONGFUL DEATH

**STATUS OR DISPOSITION:**   PENDING

---

**CASE NO.:** 08-032144

**CAPTION OF SUIT:** PERKINS, JEROME VS. PTC ALLIANCE CORP. AND ENDURO INDUSTRIES, INC.

**COURT OR AGENCY OR LOCATION:**     MISSOURI DIVISION OF WORKERS COMPENSATION

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   PENDING

---

**CASE NO.:** 08-048634

**CAPTION OF SUIT:** PERKINS, JEROME VS. PTC ALLIANCE CORP. AND ENDURO INDUSTRIES, INC.

**COURT OR AGENCY OR LOCATION:**     MISSOURI DIVISION OF WORKERS COMPENSATION

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:**   PENDING

**In re: PTC ALLIANCE CORP**                    **Case No.: 09-13395 (CSS)**

---

## 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐       preceding the filing of this bankruptcy case.

**CASE NO.:** 15 115 E 00419 07

**CAPTION OF SUIT:** PTC ALLIANCE CORP. VS. GROUT ENTERPRISES, LTD.

**COURT OR AGENCY OR LOCATION:**        AMERICAN ARBITRATION ASSOCIATION

**NATURE OF PROCEEDING:** BREACH OF CONTRACT

**STATUS OR DISPOSITION:** CLOSED

**CASE NO.:** 532-2008-01930

**CAPTION OF SUIT:** ROACH, JOHNATHAN L. VS. PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**        U.S. EEOC

**NATURE OF PROCEEDING:** RACE DISCRIMINATION

**STATUS OR DISPOSITION:** CLOSED

**CASE NO.:** 08WC055484

**CAPTION OF SUIT:** ROBINSON, CHARLES VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**        ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:** PENDING

**CASE NO.:** CAUSE NO. 23,821

**CAPTION OF SUIT:** SARACINA, ESTELA TRUJILLO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DWIGHT DAVID SARACINA, MARY BARGER, BRIAN RICKRODE AND STACY EMERSON SMALL AS NEXT FRIEND OF ALEXIS ROSE EMERSON VS. SCOT INDUSTRIES, INC., TEXAS INTERNATIONAL EXPRESS, L.L.C. AND PTC ALLIANCE CORP.

**COURT OR AGENCY OR LOCATION:**        76TH/276TH JUDICIAL DISTRICT, MORRIS COUNTY, TEXAS

**NATURE OF PROCEEDING:** WRONGFUL DEATH

**STATUS OR DISPOSITION:** PENDING

**CASE NO.:** 07WC11752

**CAPTION OF SUIT:** SHOOP, LORAINE VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC

**COURT OR AGENCY OR LOCATION:**        ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:** PENDING

**CASE NO.:** 05WC08795

**CAPTION OF SUIT:** SHORT, ROBERT VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC.

**COURT OR AGENCY OR LOCATION:**        ILLINOIS WORKERS COMPENSATION BUREAU

**NATURE OF PROCEEDING:** WORKERS COMPENSATION

**STATUS OR DISPOSITION:** PENDING

**In re:  PTC ALLIANCE CORP**                                        **Case No.:  09-13395 (CSS)**

---

### 4.    SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

---

**CASE NO.:**  2958070
**CAPTION OF SUIT:**  SMITH, DONALD VS. PTC ALLIANCE CORP. AND PACD ACQUISITION LLC


**COURT OR AGENCY OR LOCATION:**    PENNSYLVANIA WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

**CASE NO.:**  08WC34199
**CAPTION OF SUIT:**  STROWMATT, MICHAEL VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC


**COURT OR AGENCY OR LOCATION:**    ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  07-089771
**CAPTION OF SUIT:**  TERRELL, CYNTHIA VS. PTC ALLIANCE CORP. AND ENDURO INDUSTRIES, INC.


**COURT OR AGENCY OR LOCATION:**    MISSOURI DIVISION OF WORKERS COMPENSATION
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**    CLOSED

**CASE NO.:**  08WC45069
**CAPTION OF SUIT:**  TIPTON, BRIAN VS. PTC ALLIANCE CORP. AND PTC TUBULAR PRODUCTS LLC


**COURT OR AGENCY OR LOCATION:**    ILLINOIS WORKERS COMPENSATION BUREAU
**NATURE OF PROCEEDING:**  WORKERS COMPENSATION
**STATUS OR DISPOSITION:**   PENDING

**CASE NO.:**  532-2008-02002
**CAPTION OF SUIT:**  VOGUS, JANET VS. PTC ALLIANCE CORP.


**COURT OR AGENCY OR LOCATION:**    U.S. EEOC
**NATURE OF PROCEEDING:**  SEX DISCRIMINATION
**STATUS OR DISPOSITION:**    CLOSED

**In re:  PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

---

**4.      SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

**None**    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐         preceding the filing of this bankruptcy case.

**CASE NO.:**  05-CV-146368

**CAPTION OF SUIT:**   WHITE LION HOLDINGS, L.L.C. VS. RIGGINGPRO, INC. AND PTC ALLIANCE, INC.


**COURT OR AGENCY OR LOCATION:**      DISTRICT COURT, FORT BEND COUNTY, TEXAS

**NATURE OF PROCEEDING:**   PROPERTY DAMAGE

**STATUS OR DISPOSITION:**    PENDING

**In re: PTC ALLIANCE CORP**  **Case No.: 09-13395 (CSS)**

---

## 4.  SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

**None**

[x]

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**In re: PTC ALLIANCE CORP**                                        **Case No.: 09-13395 (CSS)**

### 5.    REPOSSESSIONS, FORECLOSURES AND RETURNS

**None**

[X]  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**In re: PTC ALLIANCE CORP**                                      **Case No.: 09-13395 (CSS)**

---

### 6.     ASSIGNMENTS AND RECEIVERSHIPS

**None**      a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding
[X]           the commencement of this case.

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**In re:  PTC ALLIANCE CORP**                                        **Case No.:  09-13395 (CSS)**

**6.     ASSIGNMENTS AND RECEIVERSHIPS**

None     b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within

[X]          **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**In re:  PTC ALLIANCE CORP**                                          **Case No.:  09-13395 (CSS)**

---

## 7.    GIFTS

**None**  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐    case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| BARANYK, BETHANY<br>2650 BLENHEIM AVENUE<br>ALLIANCE, OH 44601 | NONE | 06/03/09 | SCHOLARSHIP<br>$1,500.00 |
| BARANYK, MATHEW<br>2650 BLENHEIM AVENUE<br>ALLIANCE, OH 44601 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| FENSTERMAKE, TYLER<br>8856 SHERWOOD DRIVE<br>WARREN, OH 44484 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| HOLTHE, CHRISTOPHER<br>11 BAY POINT DRIVE<br>BLOOMINGTON, IL 61704 | NONE | 06/10/09 | SCHOLARSHIP<br>$1,500.00 |
| HOLTHE, JENNIFER<br>11 BAY POINT DRIVE<br>BLOOMINGTON, IL 61704 | NONE | 06/10/09 | SCHOLARSHIP<br>$1,500.00 |
| MCCLAIN, ANDREW<br>4644 HOMEWORTH ROAD<br>HOMEWORTH, OH 44634 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| MEINERT, TESS<br>3022 DOGWOOD ROAD<br>BRIDGEPORT, WV 26330 | NONE | 06/23/09 | SCHOLARSHIP<br>$1,500.00 |
| NEUBAUER, ANNA<br>11891 LAIR ROAD NE<br>ALLIANCE, OH 44601 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| NEUBAUER, REBECCA<br>11891 LAIR ROAD NE<br>ALLIANCE, OH 44601 | NONE | 06/03/09 | SCHOLARSHIP<br>$1,500.00 |
| OCHSENDOR III, JAMES<br>3720 MOUNTVIEW AVENUE<br>ALLIANCE, OH 44601 | NONE | 06/16/09 | SCHOLARSHIP<br>$1,500.00 |
| OCHSENDORF, BRADLEY<br>3720 MOUNTVIEW AVENUE<br>ALLIANCE, OH 44601 | NONE | 06/16/09 | SCHOLARSHIP<br>$1,500.00 |
| PETCOVIC, JOHN S.<br>8040 SCOTT MILL ROAD<br>NEGLEY, OH 44441 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| VERNO, MICHELLE<br>3009 PITCH FORK LANE<br>MCKEES ROCKS, PA 15136 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| WACHTER, SHAUN<br>2495 GLENWOOD-DYER ROAD<br>LYNWOOD, IL 60411 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |
| WILKINS, DANIELLE<br>55957 SEQUOIA COURT<br>SHELBY, MI 48316 | NONE | 08/13/09 | SCHOLARSHIP<br>$1,500.00 |

In re:  **PTC ALLIANCE CORP**                                         **Case No.:  09-13395 (CSS)**

## 7.    GIFTS

None     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this
☐        case except ordinary and usual gifts to family members aggregating less than $200 in value per individual
         family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| YAGER, ADAM<br>28 GRIFFITH CIRCLE<br>MONROE CITY, MO 63456 | NONE | 06/23/09 | SCHOLARSHIP<br>$1,500.00 |

**In re:  PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

## 8.      LOSSES

**None**  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☐        of this case **or since the commencement of this case.**

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| LEASED COMPANY VEHICLE PROPERTY LOSS TOTAL: $2,073.00 | COMPANY VEHICLE HYDROPLANED AND RAN OFF ROAD.  INSURANCE COVERED LOSS ABOVE DEDUCTIBLE. | 07/29/09 |
| LEASED COMPANY VEHICLE PROPERTY LOSS TOTAL: $4,007.48 | COMPANY VEHICLE STRUCK ANOTHER VEHICLE WHILE LANE CHANGING.  INSURANCE COVERED LOSS ABOVE DEDUCTIBLE. | 06/04/09 |
| LEASED COMPANY VEHICLE PROPERTY LOSS TOTAL: $939.47 | LEASED COMPANY VEHICLE STRUCK CURB AFTER BRAKING ON SNOW AND ICE.  INSURANCE COVERED LOSS ABOVE DEDUCTIBLE. | 01/27/09 |

**In re: PTC ALLIANCE CORP**                                   **Case No.: 09-13395 (CSS)**

### 9.    PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

**None** List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐ for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SEE ATTACHED | | |

**In re:  PTC ALLIANCE CORP**                                                    **Case No.:   09-13395 (CSS)**

| Creditor | Check #/Wire | Date | Amount |
|---|---|---|---|
| CANDLEWOOD PARTNERS LLC | 91942 | 08/06/09 | $50,000.00 |
| 10-1/2 EAST WASHINGTON STREET | 91996 | 09/03/09 | $50,000.00 |
| CLEVELAND OH 44022 | WIRE | 09/30/09 | $120,000.00 |
| Creditor Id:  6537 | | | |
| Vendor Id:  CAN003 | | **Total:** | **$220,000.00** |
| DLA PIPER | WIRE | 09/29/09 | $100,000.00 |
| 1251 AVE. OF THE AMERICAS, 27TH FLOOR | WIRE | 10/01/09 | $30,000.00 |
| NEW YORK NY 10020-1104 | | | |
| Creditor Id:  7946 | | **Total:** | **$130,000.00** |
| LOGAN & COMPANY | WIRE | 07/29/09 | $25,000.00 |
| 546 VALLEY ROAD | | **Total:** | **$25,000.00** |
| UPPER MONTCLAIR NJ 07043 | | | |
| Creditor Id:  6431 | | | |
| Vendor Id:  LOG004 | | | |
| MESSANA ROSNER & STERN LLP | WIRE | 09/30/09 | $15,000.00 |
| 1000 N. WEST STREET, SUITE 1200 | | **Total:** | **$15,000.00** |
| WILMINGTON DE 19801 | | | |
| Creditor Id:  7945 | | | |
| REED SMITH LLP | 91468 | 10/27/08 | $265.90 |
| REED SMITH CENTER | 91882 | 06/18/09 | $3,312.00 |
| 225 FIFTH AVENUE | 91921 | 07/16/09 | $5,839.00 |
| PITTSBURGH PA 15222 | 91968 | 08/13/09 | $272.30 |
| Creditor Id:  7497 | 91990 | 08/27/09 | $4,246.00 |
| | WIRE | 09/29/09 | $40,595.70 |
| | WIRE | 09/29/09 | $300,000.00 |
| | WIRE | 09/30/09 | $208,619.37 |
| | | **Total:** | **$563,150.27** |
| | | **Total:** | **$953,150.27** |

In re: **PTC ALLIANCE CORP**                                             **Case No.: 09-13395 (CSS)**

---

**10.      OTHER TRANSFERS**

**None**      a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the

☒      debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**In re: PTC ALLIANCE CORP**                     **Case No.: 09-13395 (CSS)**

---

### 10.    OTHER TRANSFERS

**None**  b. List all property, transferred by the debtor within **ten years** immediately preceding the commencement of this case
[X]      to a self settled trust or similar device of which the debtor is a beneficiary.

---

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

In re: **PTC ALLIANCE CORP**                                    Case No.: **09-13395 (CSS)**

---

## 11.    CLOSED FINANCIAL ACCOUNTS

**None**

[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which

were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.

Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share

accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial

institutions.

---

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**In re: PTC ALLIANCE CORP**                                          **Case No.: 09-13395 (CSS)**

### 12.   SAFE DEPOSIT BOXES

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables

[X]    within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: PTC ALLIANCE CORP**        **Case No.: 09-13395 (CSS)**

---

## 13. SETOFFS

**None**

**[x]** List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.

---

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**In re: PTC ALLIANCE CORP**                                      **Case No.: 09-13395 (CSS)**

**14.    PROPERTY HELD FOR ANOTHER PERSON**

**None**        List all property owned by another person that the debtor holds or controls.

☒

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**In re: PTC ALLIANCE CORP**                    **Case No.: 09-13395 (CSS)**

## 15.    PRIOR ADDRESS OF DEBTOR

**None**
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
|         |           | From:<br>To:       |

**In re: PTC ALLIANCE CORP**                    **Case No.: 09-13395 (CSS)**

---

**16.    SPOUSES AND FORMER SPOUSES**

**None**

[X]    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**NAME**

**In re:  PTC ALLIANCE CORP**                              **Case No.: 09-13395 (CSS)**

---

17.    **ENVIRONMENTAL INFORMATION**

      For the purpose of this question, the following definitions apply:

      "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it
☐     may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| HOPKINSVILLE PLANT 500 FRANK YOST LANE HOPKINSVILLE, KY 42240 | KYDEP DIVISION OF WASTE MANAGEMENT 625 HOSPITAL DRIVE MADISONVILLE, KY 42431 | 12/20/06 | 401 KAR 32:010 SECTION 3(4); 401 KAR 32:040 SECTION 2(1); 401 KAR 32:040 SECTION 1(1); 401 KAR 37:010 SECTION 7(1)(G) |
| JANE LEW PLANT 533 INDUSTRIAL PARK ROAD JANE LEW, WV 26378 | WVDEP - HAZARDOUS WASTE FAIRMONT OFFICE 2031 PLEASANT VALLEY ROAD FAIRMONT, WV 26544 | 02/09/05 | 40 CFR 264.16 |
| JANE LEW PLANT 533 INDUSTRIAL PARK ROAD JANE LEW, WV 26378 | USEPA REGION III -RCRA COMPLIANCE & ENFORCEMENT BRANCH 1650 ARCH STREET PHILADELPHIA, PA 19103-2029 | 07/19/07 | 40 CFR 262.34(C)(1); 40 CFR 265.16(D)(4); 40 CFR 268.7(A)(7) |
| MONROE PLANT 326 STATE ROUTE MONROE, NY 10950-2806 | ORANGE COUNTY DEPARTMENT OF ENVIRONMENTAL FACILITIES & SERVICES ROUTE 17M, PO BOX 637 GOSHEN, NY 10924-0509 | 05/26/04 | 40 CFR 420.95(A)(4) |
| MONROE PLANT 326 STATE ROUTE MONROE, NY 10950-2806 | NYDEC DIVISION OF SOLID AND HAZARDOUS MATERIALS REGION 3 21 SOUTH PUTT CORNER ROAD NEW PALTZ, NY 12561-1696 | 07/14/03 | 6 NYCRR PART 3722(B)(3); 6 NYCRR PART 373-3.2(G)(1),(I)(II)&(III); 6 NYCRR PART 373-3.4(C)(4) |

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

---

17.     **ENVIRONMENTAL INFORMATION**

None    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☐        Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| JANE LEW PLANT<br>533 INDUSTRIAL PARK ROAD<br>JANE LEW, WV 26378 | LEWIS/UPSHUR COUNTY LEPC<br>PO BOX 2598<br>BUCKHANNON, WV 26201 | 02/19/1997 | 40 CFR 302 |
| JANE LEW PLANT<br>533 INDUSTRIAL PARK ROAD<br>JANE LEW, WV 26378 | LEWIS/UPSHUR COUNTY LEPC<br>PO BOX 2598<br>BUCKHANNON, WV 26201 | 09/14/2003 | 40 CFR 302 |
| JANE LEW PLANT<br>533 INDUSTRIAL PARK ROAD<br>JANE LEW, WV 26378 | UNITED STATES COAST GUARD (G-OPF)<br>2100 2ND ST., SW, ROOM 2611<br>WASHINGTON, DC 20593-0001 | 02/19/1997 | 40 CFR 302 |
| JANE LEW PLANT<br>533 INDUSTRIAL PARK ROAD<br>JANE LEW, WV 26378 | UNITED STATES COAST GUARD (G-OPF)<br>2100 2ND ST., SW, ROOM 2611<br>WASHINGTON, DC 20593-0001 | 09/14/2003 | 40 CFR 302 |
| JANE LEW PLANT<br>533 INDUSTRIAL PARK ROAD<br>JANE LEW, WV 26378 | WEST VIRGINIA SERC<br>BLDG. 1, ROOM EB-80<br>1900 KANAWHA BLVD.<br>CHARLESTON, WV 25305 | 09/14/2003 | 40 CFR 302 |
| JANE LEW PLANT<br>533 INDUSTRIAL PARK ROAD<br>JANE LEW, WV 26378 | WEST VIRGINIA SERC<br>BLDG. 1, ROOM EB-80<br>1900 KANAWHA BLVD.<br>CHARLESTON, WV 25305 | 02/19/1997 | 40 CFR 302 |

**In re: PTC ALLIANCE CORP**                         **Case No.: 09-13395 (CSS)**

**17.**     **ENVIRONMENTAL INFORMATION**

None      c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☐          respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was
           a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION ASSISTANT ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL 120 BROADWAY NEW YORK, NY 10271 | 1: 07-CV-00715 | SETTLED |
| US ENVIRONMENTAL PROTECTION AGENCY ENVIRONMENTAL ENFORCEMENT SECTION ENVIRONMENT AND NATURAL RESOURCES SECTION PO BOX 7611 WASHINGTON, DC 20044-7611 | C.A. NO. 97-1863 | SETTLED |

**In re:  PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

---

## 18.    NATURE, LOCATION AND NAME OF BUSINESS

**None**  a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and

☐     beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER / COMPLETE EIN OR OTHER TAXPAYER ID NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| ALLIANCE TUBULAR PRODUCTS CO. PO BOX 2298 640 KEYSTONE STREET ALLIANCE, OH 44601 | 36-3787185 | MANUFACTURING STEEL TUBING | 04/10/00 TO PRESENT |
| ENDURO INDUSTRIES, INC. 2001 ORCHARD AVENUE HANNIBAL, MO 63401 | 36-3254669 | MANUFACTURING STEEL TUBING | 04/10/00 TO PRESENT |
| J.H. ROBERTS INDUSTRIES, INC. 6051 WALLACE ROAD EXT. SUITE 200 WEXFORD, PA 15090 | 36-3190828 | HOLDING COMPANY | 04/10/00 TO 07/25/06 |
| PT/VW CORPORATION 6051 WALLACE ROAD EXT. SUITE 200 WEXFORD, PA 15090 | 25-1779385 | HOLDING COMPANY | 11/21/95 TO PRESENT |
| PTC ALLIANCE (UK) LIMITED UNIT 6B, NAPIER COURT, GANDER LANE BARLBOROUGH LINKS, CHESTERFIELD DERBYSHIRE, S43 4PZ, UNITED KINGDOM | 224 29033 27882 A 01 | SALES OFFICE | 11/19/04 TO PRESENT |
| PTC ALLIANCE PRECISION PRODUCTS (ASIA) PRIVATE LIMITED NO. 77 (OLD NO. 43) CHAMIERS ROAD CHENNAL-600028 TAMIL NADU, INDIA | U29261TN2009FTC071352 | SALES OFFICE | 04/17/09 TO PRESENT |
| PTC TUBULAR PRODUCTS LLC 23041 E. 800 NORTH ROAD FAIRBURY, IL 61739 | 20-5249342 | MANUFACTURING STEEL TUBING | 07/25/06 TO PRESENT |

**In re:  PTC ALLIANCE CORP**                                     **Case No.: 09-13395 (CSS)**

---

**18.    NATURE, LOCATION AND NAME OF BUSINESS**

**None**   a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
☐       beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive
of a corporation, partner in a partnership, sole proprietor, or was a self-employed in a trade, profession, or other activity
either full- or part-time within **six years**  immediately  preceding the commencement of this case, or in which the debtor owned
5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting
or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the
voting or equity securities, within **six years** immediately preceding the commencement of this case.

---

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER / COMPLETE EIN OR OTHER TAXPAYER ID NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| WIEDERHOLT GMBH VINCENZ-WIEDERHOLT-STRAßE 1 59439 HOLZWICKEDE GERMANY | DE 231 795 766 | MANUFACTURING STEEL TUBING | 01/01/96 TO PRESENT |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**In re: PTC ALLIANCE CORP**                                **Case No.: 09-13395 (CSS)**

---

## 18.  NATURE, LOCATION AND NAME OF BUSINESS

**None**
[X]
    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

| NAME | ADDRESS |
| --- | --- |

---

**In re:  PTC ALLIANCE CORP**                                              **Case No.:  09-13395 (CSS)**

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

**19.    BOOKS, RECORDS AND FINANCIAL STATEMENTS**

None      a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case
☐             kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| BEHR, ROBERT<br>CORPORATE CONTROLLER<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | 02/06/06 TO 11/06/06 |
| COLEMAN, PATRICIA A.<br>ASSISTANT TREASURER<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | 08/20/01 TO PRESENT |
| CROWLEY, THOMAS<br>CHIEF FINANCIAL OFFICER<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | 04/01/06 TO PRESENT |
| CUNNINGHAM, PATRICK<br>ACCOUNTANT<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | 10/25/00 TO 04/06/09 |
| KEEFER, MARK<br>CORPORATE CONTROLLER<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | 11/01/07 TO PRESENT |

**In re:  PTC ALLIANCE CORP**                                    **Case No.:  09-13395 (CSS)**

---

**19.     BOOKS, RECORDS AND FINANCIAL STATEMENTS**

None    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☐          audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| ERNST & YOUNG LLP | 2100 ONE PPG PLACE<br>PITTSBURGH, PA 15222 | 2007 TO PRESENT |

**In re:  PTC ALLIANCE CORP**                              **Case No.:  09-13395 (CSS)**

---

**19.     BOOKS, RECORDS AND FINANCIAL STATEMENTS**

None   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐         account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| COLEMAN, PATRICIA A. | 6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 |
| CROWLEY, THOMAS | 6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 |
| KEEFER, MARK | 6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 |

**In re:  PTC ALLIANCE CORP**                                   Case No.:  09-13395 (CSS)

## 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**      d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐           statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| AIG/CHARTIS<br>2704 COMMERCE DR., SUITE B<br>HARRISBURG, PA 17110 | 08/25/09 |
| ATRADIUS<br>ATTN: TAREN TOOTEN<br>5026 CAMPBELL BLVD., SUITE C<br>BALTIMORE, MD 21236 | 07/16/09 |
| BANK OF AMERICA<br>135 SOUTH LASALLE STREET<br>CHICAGO, IL 60603 | 06/04/08 |
| BANK OF AMERICA<br>ATTN: JOELLE FLEURIMONT<br>135 SOUTH LASALLE STREET<br>CHICAGO, IL 60603 | 04/17/09 |
| BLACK DIAMOND<br>ATTN: CHRIS BOYLE<br>ONE SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | 06/06/08 |
| BLACK DIAMOND<br>ATTN: CHRIS PARKER<br>ONE SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | 06/05/08 |
| BLACK DIAMOND<br>ONE SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | 04/17/09 |
| BLACK DIAMOND<br>ATTN: STEVE DECKOFF<br>ONE SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | 06/04/08 |
| COFACE<br>ATTN: HILLARY MARTENS<br>WINDSOR CORP PARK, BLDG. 100<br>50 MILESTONE ROAD, SUITE 35<br>EAST WINDSOR, NJ 08520 | 04/17/09 |
| COFACE<br>ATTN: BILL ARNOLD<br>WINDSOR CORP. PARK, BLDG. 100<br>50 MILESTONE ROAD, SUITE 35<br>EAST WINDSOR, NJ 08520 | 06/04/08 |
| EULER<br>ATTN: BILL BROOKS<br>800 RED BROOK BLVD.<br>OWINGS MILLS, MD 21117 | 06/04/08 |
| EULER-HERMES<br>ATTN: CHRIST CUTILO<br>800 RED BROOK BLVD.<br>OWINGS MILLS, MD 21117 | 04/17/09 |

**In re:  PTC ALLIANCE CORP**                                  **Case No.:  09-13395 (CSS)**

### 19.  BOOKS, RECORDS AND FINANCIAL STATEMENTS

**None**      d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐            statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| GRAVENHORST, HUGH<br>ONE CONWAY PARK<br>100 FIELD DRIVE, SUITE 300<br>LAKE FOREST, IL 60045 | 06/04/08 AND 04/17/09 |
| HEATON, ROBERT<br>700 ACADEMY PLACE<br>SEWICKLEY, PA 15143 | 06/07/08 AND 04/17/09 |
| IRC GROUP<br>ATTN: BRANDON BAKER<br>692 N. HIGH STREET, SUITE 207<br>COLUMBUS, OH 43215 | 08/25/09 |
| MARSH INSURANCE<br>SIX PPG PLACE<br>PITTSBURGH, PA 15222 | 06/08/08 AND 04/17/09 |
| PEROT<br>2300 WEST PLANO PARKWAY<br>PO BOX 269005<br>PLANO, TX 75026-9005 | 06/04/08 AND 04/17/09 |
| REED SMITH<br>PO BOX 2009<br>PITTSBURGH, PA 15230 | 04/17/09 |

**In re: PTC ALLIANCE CORP**                                    **Case No.: 09-13395 (CSS)**

---

## 20.    INVENTORIES

**None**

**[X]**

a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

**In re: PTC ALLIANCE CORP**                    **Case No.: 09-13395 (CSS)**

## 20.    INVENTORIES

**None**
[X]

    b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

In re:  **PTC ALLIANCE CORP**                                    Case No.:  **09-13395 (CSS)**

## 21.    CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

**None**    a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

---

**In re:  PTC ALLIANCE CORP**                                        **Case No.:  09-13395 (CSS)**

---

## 21.   CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

**None**   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐          or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| BD PAC HOLDINGS 2 LLC<br>C/O BLACK DIAMOND CAPITAL<br>MANAGEMENT LLC<br>ONE SOUND SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | STOCKHOLDER | 31.21% OF COMMON STOCK |
| BD PAC HOLDINGS LLC<br>C/O BLACK DIAMOND CAPITAL<br>MANAGEMENT LLC<br>ONE SOUND SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | STOCKHOLDER | 66.13% OF COMMON STOCK |
| CROWLEY, THOMAS W.<br>PTC ALLIANCE CORP.<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | VICE PRESIDENT, CHIEF FINANCIAL OFFICER AND SECRETARY | NONE |
| HEATON, ROBERT E.<br>700 ACADEMY PLACE<br>SEWICKLEY, PA 15143 | DIRECTOR | NONE |
| MACKENZIE, WARREN R.<br>PTC ALLIANCE CORP.<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | VICE PRESIDENT | NONE |
| PARKER, CHRISTOPHER W.<br>BLACK DIAMOND CAPITAL<br>MANAGEMENT LLC<br>ONE SOUND SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | DIRECTOR | NONE |
| THOMPSON, MARK<br>351 DARBYS RUN<br>PO BOX 40338<br>BAY VILLAGE, OH 44140 | DIRECTOR | NONE |

**In re:  PTC ALLIANCE CORP**                              **Case No.:  09-13395 (CSS)**

## 21.    CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

**None**     b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly

☐          or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| WHITING, PETER<br>PTC ALLIANCE CORP.<br>6051 WALLACE ROAD EXT., SUITE 200<br>WEXFORD, PA 15090 | CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER AND DIRECTOR | 2.66% OF COMMON STOCK |

**In re:  PTC ALLIANCE CORP**                                    **Case No.:  09-13395 (CSS)**

---

**22.     FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

**None**     a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☒          preceding the commencement of this case.

---

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

In re:  **PTC ALLIANCE CORP**                                    Case No.:  **09-13395 (CSS)**

## 22.    FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

**None**     b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within

☐          **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| BOYLE, CHRISTOPHER J.<br>BLACK DIAMOND CAPITAL<br>MANAGEMENT LLC<br>ONE SOUND SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | DIRECTOR | 07/02/2009 |
| DECKOFF, STEPHEN H.<br>BLACK DIAMOND CAPITAL<br>MANAGEMENT LLC<br>ONE SOUND SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 | DIRECTOR | 07/02/2009 |

**In re:  PTC ALLIANCE CORP**                                      **Case No.:  09-13395 (CSS)**

---

**23.     WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

**None**   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,

☐        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
         perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

Note: Please refer to the response to Item 3c.

**In re: PTC ALLIANCE CORP**                    **Case No.: 09-13395 (CSS)**

---

**24.     TAX CONSOLIDATION GROUP**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☐      any consolidated group for tax purposes of which the debtor has been a member at any time within **six years**
        immediately preceding the commencement of the case.

---

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| PTC ALLIANCE CORP. & SUBSIDIARIES | 25-0732395 |

---

**In re:  PTC ALLIANCE CORP**                                              **Case No.:  09-13395 (CSS)**

---

**25.    PENSION FUNDS**

<sub>None</sub>   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to

☐       which the debtor, as an employer, has been responsible for contributing at any time within **six years**

immediately preceding the commencement of the case.

---

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| MIDWEST PENSION PLAN | 36-6512748 |
| PITTSBURGH TUBE COMPANY JANE LEW DIVISION RETIREMENT PLAN | 25-0732395 |
| PTC ALLIANCE PENSION PLAN | 25-0732395 |
| STEELWORKER'S PENSION TRUST | 23-6648508 |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | 36-6155778 |