# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PTC Alliance Corp., et al.,[1] | ) | Case No. 09-13395 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | RE: Dkt. No. 561 |

## ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING EXCLUSIVE PERIODS TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion, dated March 30, 2010 (the "Motion"), of PTC Alliance Corp. and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"[2]), for an order, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), extending the period during which each of the Debtors has the exclusive right to file a chapter 11 plan to June 1, 2010 (the "Exclusive Filing Period") and extending the period during which each of the Debtors may solicit acceptances thereof to August 3, 2010 (the "Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods"), as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record hearing and after deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors in these cases are PTC Alliance Corp., Alliance Tubular Products Co., PACD Acquisition LLC, Enduro Industries, Inc., PTC Tubular Products, LLC, Mid-West Mfg. Co, and PT/VW Corporation.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Exclusive Filing Period shall be and hereby is extended, and the Debtors shall have the exclusive right to file one or more chapter 11 plans or a motion to further extend such Exclusive Filing Period, through and including June 1, 2010.

3. The Exclusive Solicitation Period shall be and hereby is extended, and the Debtors shall have the exclusive right to solicit and obtain acceptances for any chapter 11 plan(s) or to file a motion to further extend such Exclusive Solicitation Period through and including August 3, 2010.

4. This Order is without prejudice to (i) the right of the Debtors to seek further extensions of the Exclusive Periods, and (ii) the right of any party-in-interest to seek to reduce the Exclusive Periods for cause.

5. This Order shall be effective and enforceable immediately upon entry hereof.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation and/or enforcement of this Order.

Dated: April __, 2010
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE